SEALED

FILED

OCT 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR<br>(1) 12898 Slate Creek Road,<br>Nevada City, CA;<br>(2) 5859 Devecchi Avenue,<br>Building "C" Suite 16, Citrus<br>Heights, CA;<br>(3) Gray Honda Element,<br>bearing California tag<br>"5LXD960" | 2:12-SW- 634 CKD<br><br>**UNDER SEAL**<br><br>ORDER SEALING SEARCH WARRANT<br>APPLICATION AND SEARCH WARRANT |

O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the above-identified Search Warrant, Search Warrant Application, and the United States's Request to Seal and this Court's Order in this case shall all be **SEALED** until further order of this Court.

IT IS SO ORDERED.

DATED: 10/2/2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE